# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Douglas J Iddings

                        Plaintiff,

v.                                          Case No.: 1:11−cv−03548
                                                        Honorable Milton I. Shadur

PepsiAmericas, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2014:

       MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 2/18/14. All terms of settlement has been reached. This case is dismissed without prejudice, without costs, with leave either to request reinstatement or to enforce settlement agreement or to extend the time on or before 3/20/14. If none of these happens, this dismissal becomes with prejudice on 3/20/14. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.